David Witherspoon, Esq.
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

United States Bankruptcy Court

District of New Jersey

In Re:  George Okereke

} 18-27110
}
_____      Chapter 13

DEBTOR CERTIFICATION

I George Okereke hereby certify under penalty of law for any false statements as follows:

1. My chapter 13 was dismissed on 10/24/2018 at confirmation.

2. It was dismissed for failure to attend the creditors meeting. I have since given the required documents to my attorney to send to the trustee. I run a small store in Irvington, NJ and got distracted running my business. I had a lot of inventory that had to be accounted for at the closing of my fiscal year.

3. I am current with the $450 in trustee payments thru October 2018.

4. I ask the Court to reinstate my chapter 13

/s/ George Okereke        October 30, 2018

George Okereke